| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| QJ8 | 000483 | 201150 | | 0000140112 | 1 |

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

# Earnings Statement

Period Beginning: 03/17/2019
Period Ending: 03/30/2019
Pay Date: 04/05/2019

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   NY: 0

KIM WILLIS
130 ROOSEVELT STREET
GARDEN CITY NY 11530

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 63.87 | 958.05 | 5,672.70 |
| Gross Pay | | | $958.05 | 5,672.70 |

**Important Notes**
YOUR COMPANY PHONE # IS (281) 469-5580

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.42 | 249.59 |
| | Social Security Tax | -59.40 | 351.71 |
| | Medicare Tax | -13.89 | 82.25 |
| | NY State Income Tax | -30.02 | 151.77 |
| | NY SUI/SDI Tax | -1.20 | 8.40 |
| | NY Paid Family Leave Ins | -1.47 | 8.68 |
| Net Pay | | $801.65 | |
| | Checking 1 | -801.65 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $958.05

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Advice number: 00000140112
Pay date: 04/05/2019

Deposited to the account of
KIM WILLIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4022 | xxxx xxxx | $801.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|
| QJ8 | 000483 | 201150 | | 00000160112 | 1 |

## Earnings Statement

**ADP**

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Period Beginning: 04/13/2019
Period Ending: 04/13/2019
Pay Date: 04/18/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  NY:  0

KIM WILLIS
130 ROOSEVELT STREET
GARDEN CITY NY 11530

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 17.0000 | 51.49 | 875.33 | 6,548.03 |
| Gross Pay | | | $875.33 | 6,548.03 |

**Important Notes**
YOUR COMPANY PHONE # IS (281) 469-5580

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -42.15 | 291.74 |
| | Social Security Tax | -54.27 | 405.98 |
| | Medicare Tax | -12.70 | 94.95 |
| | NY State Income Tax | -25.14 | 176.91 |
| | NY SUI/SDI Tax | -1.20 | 9.60 |
| | NY Paid Family Leave Ins | -1.34 | 10.02 |
| | Net Pay | $738.53 | |
| | Checking 1 | -738.53 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $875.33

© 2000 ADP LLC

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Advice number: 00000160112
Pay date: 04/18/2019

Deposited to the account of
KIM WILLIS

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx4022 | xxxx  xxxx | $738.53 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO  | FILE   | DEPT.  | CLOCK | VCHR. NO. | 062 |
|-----|--------|--------|-------|-----------|-----|
| QJ8 | 000483 | 201150 |       | 00000180111 | 1 |

## Earnings Statement

ADP

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Period Beginning: 04/14/2019
Period Ending: 04/27/2019
Pay Date: 05/03/2019

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  NY: 0

KIM WILLIS
130 ROOSEVELT STREET
GARDEN CITY NY 11530

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 50.07 | 851.19 | 7,399.22 |
| Gross Pay | | | $851.19 | 7,399.22 |

**Important Notes**
YOUR COMPANY PHONE # IS (281) 469-5580

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.74 | 331.48 |
| | Social Security Tax | -52.77 | 458.75 |
| | Medicare Tax | -12.34 | 107.29 |
| | NY State Income Tax | -23.72 | 200.63 |
| | NY SUI/SDI Tax | -1.20 | 10.80 |
| | NY Paid Family Leave Ins | -1.30 | 11.32 |
| Net Pay | | $720.12 | |
| | Checking 1 | -720.12 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $851.19

© 2000 ADP, LLC

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Advice number: 00000180111
Pay date: 05/03/2019

Deposited to the account of
KIM WILLIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4022 | xxxx xxxx | $720.12 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

```
CO.   FILE    DEPT.   CLOCK  VCHR NO.  062
QJ8   000483  201150         0000200112  1
```

**Earnings Statement**  ADP

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Period Beginning:  04/28/2019
Period Ending:     05/11/2019
Pay Date:          05/17/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:  0
    NY:       0

KIM WILLIS
130 ROOSEVELT STREET
GARDEN CITY NY 11530

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 56.33 | 957.61 | 8,356.83 |
| Gross Pay | | | $957.61 | 8,356.83 |

**Important Notes**
YOUR COMPANY PHONE # IS (281) 469-5580

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50.38 | 381.86 |
| | Social Security Tax | -59.37 | 518.12 |
| | Medicare Tax | -13.88 | 121.17 |
| | NY State Income Tax | -30.00 | 230.63 |
| | NY SUI/SDI Tax | -1.20 | 12.00 |
| | NY Paid Family Leave Ins | -1.47 | 12.79 |
| Net Pay | | $801.31 | |
| | Checking 1 | -801.31 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $957.61

© 2000 ADP, LLC

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Advice number:  00000200112
Pay date:       05/17/2019

Deposited to the account of
KIM WILLIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4022 | xxxx xxxx | $801.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| QJ8 | 000483 | 201150 | | 0000220112 | 1 |

# Earnings Statement 

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Period Beginning:  05/12/2019
Period Ending:     05/25/2019
Pay Date:          05/31/2019

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   0
  NY:        0

**KIM WILLIS**
**130 ROOSEVELT STREET**
**GARDEN CITY NY 11530**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 62.33 | 1,059.61 | 9,416.44 |
| Gross Pay | | | $1,059.61 | 9,416.44 |

**Important Notes**
YOUR COMPANY PHONE # IS (281) 469-5580

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.58 | 442.44 |
| | Social Security Tax | -65.70 | 583.82 |
| | Medicare Tax | -15.37 | 136.54 |
| | NY State Income Tax | -36.01 | 266.64 |
| | NY SUI/SDI Tax | -1.20 | 13.20 |
| | NY Paid Family Leave Ins | -1.62 | 14.41 |
| Net Pay | | $879.13 | |
| Checking 1 | | -879.13 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$1,059.61

© 2000 ADP LLC

---

DEPOSITION SOLUTIONS LLC
13101 NORTHWEST FREEWAY, SUITE 210
HOUSTON, TX. 77040

Advice number:  00000220112
Pay date:       05/31/2019

Deposited to the account of
KIM WILLIS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4022 | xxxx xxxx | $879.13 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE