UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X Bankr. #

In Re KIM M. WILLIS,                          SUPPORT AFFIDAVIT

                    Debtor(s).
------------------------------------------X

William Willis, being duly sworn, deposes and says:

1. I am the debtor's husband. I declare under penalty of perjury that the information provided in this Declaration of Contribution is true and correct.

2. I understand that the debtor has listed me as a contributor to the Chapter 13 plan. Each month I will contribute $6,930.18 to the debtor and I am able to make this payment for the duration of the 60 month plan. I know that this contribution is necessary for the successful completion of the debtor's plan.

3. My income is derived from Alliance Advisory Group. Proof of same is annexed hereto.

4. I am not obligated on any debts with the Chapter 13 debtor, other than the mortgage on our home.

5. I am related to the debtor. I am the debtor's husband.

DATED: June 3, 2019

_____
William Willis

Sworn to before me this
3rd day of June, 2019

ADAM GOMERMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GO4990299
Qualified in Suffolk County
Commission Expires December 30, 2021

ALLIANCE ADVISORY GROUP LLC

| 0057 EMP. NO. | William Willis EMPLOYEE NAME | | ***-**-1735 SOCIAL SECURITY NO. | M - 7 STATUS | 04/13/2019 PERIOD BEG. | 04/26/2019 PERIOD END | 05/01/2019 CHECK DATE | 6508 CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| PTO | 8.00 | 0.00 | | Federal W/T | | 267.80 | | |
| Regular | 0.00 | 4,403.85 | | Fica Medicare | | 57.14 | | |
| | | | | Fica Social Security | | 244.32 | | |
| | | | | New Jersey W/T | | 200.19 | | |
| | | | | Dental 125 | | 40.00 | | |
| | | | | Health Savings Account | | 76.92 | | |
| | | | | Medical 125 | | 330.00 | | |
| | | | | MetLife Insurance 125 | | 11.08 | | |
| | | | | MetLife Vision Sec 125 | | 5.21 | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 4,403.85 | 8.00 | 4,403.85 | 1,232.66 | 3,171.19 | | | |

Payroll Services Powered By Primepoint

William Willis
130 Roosevelt St
Garden City NY 11530

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 1 4 6 | 3,171.19 |
| | Totals : | 3,171.19 |

| CHECK AMOUNT |
|---|
| 0.00 |

rTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

ALLIANCE ADVISORY GROUP LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0057 | William Willis | ***-**-1735 | M - 7 | 04/27/2019 | 05/10/2019 | 05/15/2019 | 6551 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| PTO | 4.00 | 0.00 | | Federal W/T | 267.80 | |
| Regular | 0.00 | 4,403.85 | | Fica Medicare | 57.14 | |
| | | | | Fica Social Security | 244.32 | |
| | | | | New Jersey W/T | 200.19 | |
| | | | | Dental 125 | 40.00 | |
| | | | | Health Savings Account | 76.92 | |
| | | | | Medical 125 | 330.00 | |
| | | | | MetLife Insurance 125 | 11.08 | |
| | | | | MetLife Vision Sec 125 | 5.21 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 4,403.85 | 4.00 | 4,403.85 | 1,232.66 | 3,171.19 | | | |

Payroll Services Powered By Primepoint

William Willis
130 Roosevelt St
Garden City NY 11530

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 1 4 6 | 3,171.19 |
| | Totals : | 3,171.19 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check     *Includes Non-Taxable Reimbursements     **Does Not Contribute To Net


Case 8-19-74043-las    Doc 13    Filed 06/13/19    Entered 06/13/19 16:56:22

ALLIANCE ADVISORY GROUP LLC

| EMP. NO. 0057 | EMPLOYEE NAME William Willis | SOCIAL SECURITY NO. ***-**-1735 | STATUS M - 7 | PERIOD BEG. 05/11/2019 | PERIOD END 05/24/2019 | CHECK DATE 05/29/2019 | CHECK NUM 6594 |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| PTO | 0.00 | 0.00 | | Federal W/T | | 267.80 | 2,945.80 |
| Regular | 0.00 | 4,403.85 | 48,442.35 | Fica Medicare | | 57.14 | 628.54 |
| | | | | Fica Social Security | | 244.32 | 2,687.52 |
| | | | | New Jersey W/T | | 200.19 | 2,202.09 |
| | | | | NJ Family Leave Ins. | | 0.00 | 27.52 |
| | | | | NJ SDI | | 0.00 | 58.48 |
| | | | | NJ SUI | | 0.00 | 146.20 |
| | | | | Dental 125 | | 40.00 | 440.00 |
| | | | | Health Savings Account | | 76.92 | 846.12 |
| | | | | Medical 125 | | 330.00 | 3,630.00 |
| | | | | MetLife Insurance 125 | | 11.08 | 121.88 |
| | | | | MetLife Vision Sec 125 | | 5.21 | 57.31 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 4,403.85 | 0.00 | 4,403.85 | 1,232.66 | 3,171.19 | 48,442.35 | 13,791.46 | 34,650.89 |

Payroll Services Powered By Primepoint

William Willis
130 Roosevelt St
Garden City NY 11530

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | =====5146 | 3,171.19 |
| | Totals : | 3,171.19 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

ALLIANCE ADVISORY GROUP LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0057 | William Willis | ***-**-1735 | M - 7 | 03/16/2019 | 03/29/2019 | 04/03/2019 | 6418 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 0.00 | 4,403.85 | | Federal W/T | 267.80 | |
| | | | | Fica Medicare | 57.14 | |
| | | | | Fica Social Security | 244.32 | |
| | | | | New Jersey W/T | 200.19 | |
| | | | | NJ Family Leave Ins. | 3.52 | |
| | | | | NJ SDI | 7.49 | |
| | | | | NJ SUI | 18.72 | |
| | | | | Dental 125 | 40.00 | |
| | | | | Health Savings Account | 76.92 | |
| | | | | Medical 125 | 330.00 | |
| | | | | MetLife Insurance 125 | 11.08 | |
| | | | | MetLife Vision Sec 125 | 5.21 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 4,403.85 | 0.00 | 4,403.85 | 1,262.39 | 3,141.46 | | | |

Payroll Services Powered By Primepoint

William Willis
130 Roosevelt St
Garden City NY 11530

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | = = = = = 5 1 4 6 | 3,141.46 |
| | Totals : | 3,141.46 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

ALLIANCE ADVISORY GROUP LLC

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 0057 | William Willis | ***-**-1735 | M - 7 | 03/30/2019 | 04/12/2019 | 04/17/2019 | 6464 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| PTO | 8.00 | 0.00 | | Federal W/T | 267.80 | |
| Regular | 0.00 | 4,403.85 | | Fica Medicare | 57.14 | |
| | | | | Fica Social Security | 244.32 | |
| | | | | New Jersey W/T | 200.19 | |
| | | | | NJ Family Leave Ins. | 2.88 | |
| | | | | NJ SDI | 6.05 | |
| | | | | NJ SUI | 15.16 | |
| | | | | Dental 125 | 40.00 | |
| | | | | Health Savings Account | 76.92 | |
| | | | | Medical 125 | 330.00 | |
| | | | | MetLife Insurance 125 | 11.08 | |
| | | | | MetLife Vision Sec 125 | 5.21 | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 4,403.85 | 8.00 | 4,403.85 | 1,256.75 | 3,147.10 | | | |

Payroll Services Powered By Primepoint

William Willis
130 Roosevelt St
Garden City NY 11530

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| JPMORGAN CHASE | =====5146 | 3,147.10 |
| | Totals : | 3,147.10 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net